1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SCOTT N. JOHNSON,

11              Plaintiff,              No. CIV S-10-2386 JAM GGH PS

12        vs.

13   CHRISTINE LYNCH,

14              Defendant.            ORDER TO SHOW CAUSE

15   _____/

16             This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21).

17   An "Order Requiring Timely Service and Joint Status Report" was issued September 7, 2010.

18   This order directed that "within sixty (60) days of service of the complaint on any party, or from

19   the date of removal, the parties shall confer as required by Fed. R. Civ. P. 26(f) and shall prepare

20   and submit to the court a joint status report that includes the Rule 26(f) discovery plan."

21   Defendant filed an answer on October 28, 2010, but a joint status report has not been received.

22   \\\\\

23   \\\\\

24   \\\\\

25   \\\\\

26   \\\\\

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        The parties shall show cause, in writing, within fourteen days from the date of this

3   order, why a joint status report has not been filed, or they shall file their joint status report.

4   DATED: February 14, 2011

5                      /s/ Gregory G. Hollows

6                      GREGORY G. HOLLOWS
                       U. S. MAGISTRATE JUDGE

7

8   GGH:gh:035
    johnson2386.osc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26